**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:07CR00603-006** |
| | ) | |
|     **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BRIAN GATEWOOD,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

      This matter was heard on December 22, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release [Doc. 244]. The defendant was present and represented by Attorney Jacqueline A. Johnson.

      The violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who issued a Report and Recommendation on October 29, 2015 [Doc. 246]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

        1) illicit drug use;

        2) noncompliance with treatment.

      The Court found the violations to be Grade C and that defendant was a Criminal History Category V. The Court proceeded to entertain a recommendation for sentencing from counsel for the parties and the supervising officer. Upon consideration of the recommendations, the

Court ordered the defendant's supervised release continued as originally imposed with the additional conditions that the defendant obtain and/or maintain employment and that the defendant continues to receive psychological treatment as directed by the probation officer.

**IT IS SO ORDERED.**

Dated: December 22, 2015    *s/ James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE